199 So.2d 917

**N. F. HINSON**

v.

**ZURICH INSURANCE COMPANY, Inter-state General Insurance Agency, Inc. and Leo Thibodeaux, Jr.**

**No. 48723.**

June 6, 1967.

In re: N. F. Hinson applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 196 So.2d 827.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

■

199 So.2d 917

**Jessie NOAH**

v.

**The EMPLOYERS LIABILITY INSURANCE COMPANY et al.**

No. 48725.

June 6, 1967.

In re: D. F. McClure and The Employers Liability Assurance Corporation, Ltd.,

applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Webster. 197 So.2d 752.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.